# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FLORA JOSEPH-FRANCOIS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 18-11671-DJC ) |
| DEPARTMENT OF TRANSITIONAL ASSISTANCE, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

**CASPER, J.**                                                                                                                                                                             **February 15, 2019**

Flora Joseph-Francois, proceeding *pro se*, commenced this action against her employer, the Massachusetts Department of Transitional Assistance ("DTA"). D. 1. By Memorandum and Order dated November 28, 2018, Plaintiff was advised that her complaint failed to state a claim upon which relief may be granted. Specifically, Plaintiff had not sufficiently identified the alleged acts of misconduct by the defendant and had not alleged that she is a member of a protected class.

On January 16, 2019, Plaintiff filed an amended complaint. D. 7. After review of the amended complaint, it is hereby ORDERED that:

1.     The Clerk shall issue a summons for service of the amended complaint on the defendant.

3.     The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal shall serve the summons, amended complaint, and this Order upon the defendant, in the manner directed by the plaintiff, with all costs

of service to be advanced by the United States.  The plaintiff shall have 90 days from the date of this Order to complete service.

**SO ORDERED.**

                                                   /s/ Denise J. Casper
                                                  Denise J. Casper
                                                  United States District Judge